__Michelle Gilmore__ agrees and consents to become a party plaintiff in this lawsuit.

*/s/ Michelle Gilmore*

EXHIBIT A