**Exhibit B**

**San Allen Inc**
27091 Chagrin Blvd.
Woodmere, OH 44122

**Earnings Statement**

| | |
|---|---|
| Check Date: | March 24, 2022 |
| Period Beginning: | March 07, 2022 |
| Period Ending: | March 20, 2022 |

Michelle L Gilmore   Employee Number  5136   Dept  300   Voucher Number  119946

Net Pay  0.00

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 4.65 | 74.22 | 345.12 | 343.53 | 1597.42 |
| OT | 6.98 | 1.17 | 8.16 | 1.17 | 8.16 |
| Tips | 0.00 | | 1390.39 | | 5247.99 |
| **Total Gross Pay** | | 75.39 | 1743.67 | 344.70 | 6853.57 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1743.67 | 25.29 | 99.38 |
| OASDI | | 1743.67 | 108.11 | 424.92 |
| Woodmere, OH (Emp) | | 1743.67 | 43.59 | 171.34 |
| Federal Income Tax | S/0+$25.00 | 1743.67 | 176.29 | 780.04 |
| Ohio SITW | S/0+$25.00 | 1743.67 | | 94.81 |
| **Total Tax Withholding** | | | 353.28 | 1570.49 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Tips | 1390.39 | 5247.99 |
| **Total Deductions** | 1390.39 | 5247.99 |

**Direct Deposits**   Account   Amount
**No Direct Deposits**

CBIZ